NYCO REALTY CORPORATION, Respondent, v. SAMUEL D. DAVIS CONSTRUCTION COMPANY and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

INKOGRAPH COMPANY, INC., Respondent, v. HARTWELL HARTLEY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAISON LAFFITTE, INC., Respondent, v. ACME TEXTILES, INC., Appellant. ACME TEXTILES, INC., Appellant, v. MAISON LAFFITTE, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALFRED H. NEWBURGER and Others, Appellants, v. SAMUEL L. LUBELL, Respondent, Impleaded with Another.— Order modified by restoring paragraphs 3, 12 and 13 of the amended supplemental complaint, and as so modified affirmed, with ten dollars costs and disbursements to the appellants, with leave to the plaintiffs to serve a further amended complaint within twenty days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JAMES D. McCAULEY, Respondent, v. OBCANSKA ZALOZNA v KARLINE, Appellant.— Order modified by reducing the amount of allowance to plaintiff's attorneys for fees and expenses to the sum of $283.60; and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ADELINE K. SCHNEIDER, Respondent, Appellant, v. NEWS SYNDICATE Co., INC., Appellant, Respondent.— Order so far as appealed from modified by extending defendant's time to serve the bill of particulars until five days after completion of examination of plaintiff before trial, and by providing that, if defendant have no knowledge with respect to any of the items, it may so state under oath; and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ADELINE K. SCHNEIDER, Respondent, v. NEWS SYNDICATE Co., INC., Appellant. — Order so far as appealed from reversed, with ten dollars costs and disbursements to the appellant, and the motion to vacate the notice of examination as to item R denied, and examination of plaintiff as to said item allowed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CLARA ENGELHARDT, Respondent, v. BRONX GARDENS DEVELOPMENT CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CLIFF FRIEND, Respondent, v. GEORGE WHITE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.